IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEIKIN OLDSMOBILE, INC., ) | CASE NO. 1:08 CV 1695 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| SENTRY SELECT INSURANCE CO., et al.,) | |
| ) | |
| Defendant. ) | **JUDGMENT** |

For the foregoing reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Motion to Dismiss filed by Defendant Richard Rosson (Docket #3) is hereby DENIED. The Motion to Remand filed by Plaintiff (Docket #5) is hereby GRANTED. This case is hereby REMANDED to the Lake County, Ohio Court of Common Pleas.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 22, 2008